[Crim. No. 1798.   Third Dist.   Apr. 6, 1942.]

THE PEOPLE, Respondent, v. BURTON O. POTTER, Appellant.

S. E. Metzler for Appellant.

Earl Warren, Attorney General, and J. Q. Brown, Deputy Attorney General, for Respondent.

THE COURT.—The appellant was convicted in the Superior Court of Humboldt County of the crime of grand theft, a felony.

The transcript on appeal was filed in this court March 4, 1942. No brief has been filed in behalf of appellant. The cause was regularly placed on the calendar for oral argument on April 6, 1942. No appearance was made for appellant at the time the case was called for hearing.

Pursuant to the provisions of section 1253 of the Penal Code the judgment and the order are affirmed.